## GRAHAM *v.* ALABAMA

No. 738. Decided January 12, 1970

*Truman Hobbs* for appellant.

*MacDonald Gallion*, Attorney General of Alabama, and *David W. Clark* and *Lloyd G. Hart*, Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## SCHWEGMANN *v.* LOUISIANA STADIUM AND EXPOSITION DISTRICT ET AL.

No. 748. Decided January 12, 1970

*Paul O. H. Pigman* for appellant.

*Harry B. Kelleher, Gerald P. Fedoroff,* and *John E. Jackson, Jr.,* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.